IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CORY RICKS, ET AL | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Case No. CV 205-172 |
| | ) |
| HONEYWELL INTERNATIONAL, | ) |
| INC. fka AlliedSignal, Inc. fka | ) |
| Allied Chemical Corporation | ) |

## ORDER

It is ordered that each plaintiff in this action be filed as a separate case. The Ricks case will remain as case no. CV205-172 and will be the lead case with all docketing being filed in this case. All remaining plaintiffs will be given new case numbers as assigned by the Clerk.

It is further ordered that each plaintiff pay the $250.00 filing fee per case within ten (10) days from the date of the entry of this order.

SO ORDERED this 8th day of September, 2005.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

P. James
R. Killian
J. Wooten

CASE NO:        CV205-172
DATE SERVED:    9/8/05
SERVED BY:      slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate