IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 27 A 10: 55



| | |
|---|---|
| CORY RICKS, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. CV 205-172 — LEAD CASE |
| HONEYWELL INTERNATIONAL INC., ) | |
| formerly known as ALLIED CHEMICAL ) | AND ALL MEMBER CASES |
| CORPORATION and as ALLIEDSIGNAL ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER ON SERVICE AND FILING OF ANSWERS

On August 25, 2005, 24 individual Plaintiffs filed a joint complaint against Honeywell International Inc. Shortly thereafter, on September 8, 2005, the Court entered an Order severing these individual claims into separate cases. Following that Order, Plaintiffs amended their Complaint to add another Plaintiff (for a total of 25). Counsel for Honeywell agreed to accept service of the Amended Complaint, and was served accordingly by Plaintiffs on September 21, 2005. The claims of these 25 Plaintiffs as set forth in the Amended Complaint have now been separated into 17 individual member cases, with case numbers CV 205-172, CV 205-178, CV 205-179, CV 205-180, CV 205-181, CV 205-182, CV 205-183, CV 205-184, CV 205-185, CV 205-186, CV 205-187, CV 205-188, CV 205-189, CV 205-190, CV 205-191, CV 205-192, and CV 205-193.

With respect to these cases, and by agreement of the parties, it is hereby ORDERED that Honeywell need not file an answer or other response to the original

Complaint, but instead need only answer or otherwise respond to the Amended Complaint. Further, by agreement of the parties, it is hereby ORDERED that Honeywell has until Monday, October 31, 2005 to file its Answer or other response to the Amended Complaint.

SO ORDERED, this __27__ day of September, 2005.

_____
HONORABLE ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Counsel for Plaintiffs:

_____
Robert P. Killian
Killian, Cunningham & Boyd
506 Monk Street
Brunswick, Georgia 31520


Counsel for Defendants:

_____
James A. Bishop
   Georgia Bar No. 058600
The Bishop Law Firm
777 Gloucester Street, Suite 401
Brunswick, Georgia 31520
(912) 264-2390