IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CORY A. RICKS; DOROTHY J. RICKS; GREGORY C. RICKS; JERI RICKS SWEENEY; JOSEPH PAUL BARONE; DOROTHY DUNWOODY BARONE; PERRY J. WIGGINS; DARLENE R. WIGGINS; CHARLES V. LIPTHRATT; PHILLIP H. FLOURNOY; KATHY FLOURNOY; LANDON E. WILCHAR; RUBY COPELAND DUKES; RALPH V. JACKSON; BETTY W. JACKSON; ROY L. SCARBOROUGH; JOAN P. SCARBOROUGH; COLAN B. STRICKLAND; COLEL LOLLIE STRICKLAND; VIRGINIA H. STRICKLAND; JOHN F. DEJOURNETT; DORIS DEJOURNETT; ROBERT V. JONES; HARRY LEROY HERRING, and MARY ANN HERRING,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., formerly known as ALLIED CHEMICAL CORPORATION and as ALLIEDSIGNAL INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.: CV205-172<br>(Lead Case) |

## ORDER

Defendant and non-party M. F. (Fleming) Martin, III have filed Objections and Responses to Plaintiffs' subpoena to M. Fleming Martin. No response has been filed to the Objection indicating no opposition thereto. Accordingly, the Defendant's and Martin's objections are **sustained.** Martin shall have no further obligation to respond to Plaintiffs' subpoena.

SO ORDERED, this 8th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)