IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PHILLIP H. FLOURNOY and )
KATHY FLOURNOY, )
Individually and on Behalf of a Class of )
All Other Persons Similarly Situated, )
)
    Plaintiffs, )
)
v. ) CIVIL ACTION FILE
) NO. CV 205-184
HONEYWELL INTERNATIONAL, )
INC., formerly known as ALLIED ) <u>CLASS ACTION</u>
CHEMICAL CORPORATION and as )
ALLIEDSIGNAL, INC., )
)
    Defendant. )

## <u>ORDER APPOINTING SPECIAL MASTER</u>

The Court hereby appoints Judge Tommy Day Wilcox, as Special Master in the above-captioned case, pursuant to Rule 53, Fed.R.Civ.P. The case at bar is referred to the Special Master for the allocation of settlement funds to the members of the Plaintiff class.

The Special Master shall have complete access to the file of the case, and may require the production of evidence relating to amount of damages, and the allocation of settlement funds between class members. He has the authority to rule upon the admissibility of evidence in any proceedings before him, put witnesses under oath, and examine them. All findings of the Special Master shall be binding on the class members.

The Settlement Agreement providing additional details and the duties of the Special Master is specifically incorporated into this order. The parties shall promptly deliver a copy of the settlement agreement to the Special Master.

Upon receipt of this Order, the Special Master shall proceed with all reasonable diligence and shall comply with the requirements set forth in Rule 53(d). He will be compensated out of the settlement fund in an amount to be determined by the Court. *See* Rule, 53(a), Fed.R.Civ.P.

So ORDERED, this the 27th day of January, 2007.

_____
Anthony A. Alaimo
United States District Judge
United States District Court
Southern District of Georgia
Brunswick Division