IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 FEB -8  P 12:39

| | |
|---|---|
| CORY RICKS, DOROTHY RICKS, ) <br> GREGORY RICKS, ETAL ) <br> ) <br> ) <br> v.  ) <br> ) <br> ) <br> HONEYWELL INTERNATIONAL, INC. ) <br> *formerly known as* ALLIEDSIGNAL, INC., and ) <br> *formerly known as* ALLIED CHEMICAL ) <br> CORPORATION ) <br> ) | Case No. CV205-172 Lead Case |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Sumary Judgment on the Pleadings, #101, 122, 124, 126, 128, 130, 132, 134, 136, 138, 140, 142, 144, 146, 148, 150, and 152.

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA