IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2007 FEB -8  P 12: 39

| | |
|---|---|
| CORY RICKS, DOROTHY RICKS, GREGORY RICKS, ETAL )<br>)<br>)<br>v.  )<br>)<br>)<br>HONEYWELL INTERNATIONAL, INC. )<br>*formerly known as* ALLIEDSIGNAL, INC., and )<br>*formerly known as* ALLIED CHEMICAL )<br>CORPORATION )<br>) | Case No. CV205-172 Lead Case |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleadings, #99, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, and 121.

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA