# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

PHILLIP H. FLOURNOY and KATHY  
FLOURNOY, Individually and on behalf  
of a Class of All Other Persons Similarly  
Situated

: CV205-172

vs

HONEYWELL INTERNATIONAL, INC.,  
formerly known as ALLIED CHEMICAL  
CORPORATION and as ALLIEDSIGNAL,INC. :

## JUDGMENT IN A CIVIL CASE

This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court Order dated April 6, 2007, granting Plaintiffs' motion for an award of Attorney Fees: Judgment is hereby entered in favor of the Plaintiffs, that counsel for the class be awarded $6,333.322. as Attorney Fees, $1,070.363.24 as reimbursement for out-of-pocket expenses and a contingent award of $15,000. For future expenses. Expense reimbursement from the $15,000 contingent award is to be paid only upon review and approval of the Special Master.

1

IT IS FURTHER ORDERED AND ADJUDGED that Phillip Flournoy and Kathy Flournoy each receive $12,500, as compensation for serving as class representatives in this litigation, and that Frank Owens and Judy Owens each receive $12,500 as compensation for serving as class representatives in the case of *Owens v. AllliedSignal*, Glynn County Superior Court, Civil Action File Number 97-00233.

April 10, 2007

Scott L. Poff, Clerk

By: Deputy Clerk

APPROVED:

Judge, U.S. District Court
Southern District Of Georgia